# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | CR 20-00069-CJC | Date | May 25, 2023 |
|---|---|---|---|

| Present: The Honorable | CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | None |

| Rolls Royce Paschal | Debbie Hino-Spaan | Derek Flores; Haoxiaohan Cai |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Melinda Romines | X | | X | 1) Victor Sherman | X | | X |

**PROCEEDINGS:** ORDER TO SHOW CAUSE WHY THE DEFENDANT'S BOND SHOULD NOT BE REVOKED

USPO Dario Olguin also present.

Order to Show Cause Why the Defendant's Bond Should not be Revoked hearing is held. Defendant admits the violation alleged in Paragraph 2 of the Petition on Probation and Supervised Release (Warrant Request) filed on May 11, 2023 ("Petition"). In light of defendant's admissions, the Court finds that Defendant has violated her conditions of pretrial release.

On the Government's motion, the violation alleged in Paragraph 1 of the Petition is dismissed.

The Court, counsel and pretrial services officer confer. Defendant to remain on bond under the same terms and conditions originally imposed.

For the reasons stated on the record, the Court grants the U.S. Probation and Pretrial Services request to disclose the defendant's confidential information to community resources and treatment providers should a situation arise wherein the release of such confidential information is necessary to find and/or provide treatment services for the defendant.

The Court further orders the defendant not to have any contact or communication with her ex-boyfriend, his son, or the ex-boyfriend's parents. Nor shall the defendant engage in political criticisms of the defendant's ex-boyfriend's mother, Annette Rodriguez.

Counsel shall file a proposed order no later than June 1, 2023.

00 : 50

Initials of Deputy Clerk  rrp

cc: USPO, PSA