# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: CR 20-00069-CJC-1 |
| Plaintiff, | **AMENDED ORDER** |
| vs. | |
| MELINDA ROMINES, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN,

IT IS HEREBY ORDERED that defendant Melinda Romines is to avoid all contact and/or communication with Thomas Ricardo Rodriguez, Thomas David Rodriguez, Tomas Rodriguez, Annette Rodriguez, Roxana Morales and her children.

IT IS FURTHER ORDERED that defendant shall not engage in political criticisms of the defendant's ex-boyfriend's mother, Annette Rodriguez.

Defendant's Bond shall be modified to permit her to visit her father in San Diego County, Southern District of California, *without* the prior approval of pretrial services.

**IT IS SO ORDERED.**

DATED: June 5, 2023

HONORABLE JUDGE CORMAC J. CARNEY
U.S. DISTRICT JUDGE

**CC: USPO, PSA**